# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

141276 & (20)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 141276
                                         COA: 295462
                                         Oakland CC: 2003-191219-FC

SALOME GONZALES,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for miscellaneous relief is DENIED. The application for leave to appeal the April 28, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011
_____

y0228

_____
Clerk